Page: 1

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-67422 PWB  
**Case Name:** APEY QUALITY CONSTRUCTION, LLC  

**Period Ending:** 09/30/15

**Trustee:** (300130)   C. BROOKS THURMOND III  
**Filed (f) or Converted (c):** 03/12/10 (f)  
**§341(a) Meeting Date:** 04/16/10  
**Claims Bar Date:** 07/22/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Bank of America checking (# -7520) | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Miscellaneous Refunds  (u) | Unknown | Unknown | | 5,408.12 | FA |
| 3 | Bank of America checking (# -6976)  (u)<br>VRC Georgia LLC Operating Account | Unknown | 4,413.59 | | 4,413.59 | FA |
| 4 | Adv. # 12-05165 vs. Donald Dunn Constr., et al  (u) | 0.00 | 206,015.15 | | 88,165.71 | 117,849.44 |
| 5 | Adv. # 12-05166 vs. Anthony's Custom et al  (u) | 0.00 | 302,679.01 | | 133,808.12 | 168,870.89 |
| 6 | Adv. # 12-05167 vs. DTI, LLC, et al  (u) | 0.00 | 258,265.77 | | 99,576.04 | 158,689.73 |
| 7 | Adv. # 12-05169 vs. Midsouth Steel, et al  (u) | 0.00 | 439,036.77 | | 104,609.66 | 334,427.11 |
| 8 | Adv. # 12-05172 vs. Vista Realty Partners et al  (u) | 0.00 | 3,053,817.56 | | 300,000.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 2.13 | Unknown |
| 9 | **Assets**     **Totals**  (Excluding unknown values) | **$0.00** | **$4,264,227.85** | | **$735,983.37** | **$779,837.17** |

**Major Activities Affecting Case Closing:**

Trustee's Special Counsel is pursuing recovery of preferences and transfers  
Review of claims; final income tax returns  
Proposed distribution

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| Case Number: | 10-67422 PWB | Trustee: | (300130) C. BROOKS THURMOND III |
| --- | --- | --- | --- |
| Case Name: | APEY QUALITY CONSTRUCTION, LLC | Filed (f) or Converted (c): | 03/12/10 (f) |
| | | §341(a) Meeting Date: | 04/16/10 |
| Period Ending: | 09/30/15 | Claims Bar Date: | 07/22/10 |

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- |

**Initial Projected Date Of Final Report (TFR):** August 30, 2012     **Current Projected Date Of Final Report (TFR):** August 30, 2016

## Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 10-67422 PWB | | Trustee: | C. BROOKS THURMOND III (300130) |
|---|---|---|---|---|
| Case Name: | APEY QUALITY CONSTRUCTION, LLC | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******3665 - Checking Account |
| Taxpayer ID #: | **-***7910 | | Blanket Bond: | $1,000,000.00  (per case limit) |
| Period Ending: | 09/30/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 109,562.53 | | 109,562.53 |
| 01/07/13 | {6} | Marietta Drapery & Window Coverings, Co., Inc. | Settlement of Preference Claim vs. Marietta Drapery & Window Coverings in Adv. Proc. #12-05167 (5th of 6) per OE 10/18/12 (Doc. 59) | 1241-000 | 1,854.33 | | 111,416.86 |
| 01/28/13 | {6} | Marietta Drapery & Window Coverings, Co., Inc. | Settlement of Preference Claim vs. Marietta Drapery & Window Coverings in Adv. Proc. #12-05167 (6th of 6) per OE 10/18/12 (Doc. 59) | 1241-000 | 1,854.33 | | 113,271.19 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 170.11 | 113,101.08 |
| 02/12/13 | {7} | Value Lighting, Inc | Settlement of Preference Claim vs. Value Lighting, Inc. in Adv. Proc. #12-05169 (4th of 6 X $5500) ($500 short) per OE 10/18/12 (Doc. 59) | 1241-000 | 5,000.00 | | 118,101.08 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 155.18 | 117,945.90 |
| 03/11/13 | {7} | Value Lighting, Inc | Settlement of Preference Claim vs. Value Lighting, Inc. in Adv. Proc. #12-05169 (5th of 6 X $5500) ($500 short) per OE 10/18/12 (Doc. 59) | 1241-000 | 5,000.00 | | 122,945.90 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 167.82 | 122,778.08 |
| 04/15/13 | 11001 | Paul A. Jones & Company | Trustee's Accountant's Interim Fees and Expenses per OE 4/5/2013 | | | 50,957.71 | 71,820.37 |
| | | | Trustee's Accountant's Interim Fees    50,476.00 | 3410-000 | | | 71,820.37 |
| | | | Trustee's Accountant's Interim Expenses    481.71 | 3420-000 | | | 71,820.37 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 156.60 | 71,663.77 |

Subtotals :    $123,271.19    $51,607.42

{} Asset reference(s)    Printed: 10/29/2015 12:24 PM    V.13.25

## Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 10-67422 PWB | Trustee: | C. BROOKS THURMOND III (300130) |
|---|---|---|---|
| Case Name: | APEY QUALITY CONSTRUCTION, LLC | Bank Name: | Rabobank, N.A. |
| | | Account: | ******3665 - Checking Account |
| Taxpayer ID #: | **-***7910 | Blanket Bond: | $1,000,000.00   (per case limit) |
| Period Ending: | 09/30/15 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/14/13 | {7} | Value Lighting, Inc | Settlement of Preference Claim vs. Value Lighting, Inc. in Adv. Proc. #12-05169 (Final payment) per OE 10/18/12 (Doc. 59) | 1241-000 | 7,000.00 | | 78,663.77 |
| 05/16/13 | {8} | Ragsdale, Beals, Seigler, Patterson & Gray, LLP, Trust Acct | Proceeds of settlement of Adversary Proceeding # 12-05172, Trustee vs. Vista Realty Partners, LLC, et al. pursuant to OE 4/5/13 (Doc. 79 ) | 1241-000 | 300,000.00 | | 378,663.77 |
| 05/21/13 | 11002 | Ragsdale, Beals, Seigler, Patterson & Gray | Compensation and Expenses for Trustee's Special Counsel per OE 5/21/13 | | | 80,384.35 | 298,279.42 |
| | | | Trustee's Special Counsel Fees    75,489.00 | 3210-000 | | | 298,279.42 |
| | | | Trustee's Special Counsel Expenses    4,895.35 | 3220-000 | | | 298,279.42 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 262.05 | 298,017.37 |
| 06/05/13 | {4} | Kone, Inc. | Settlement of pre and post petition voidable transfer claims in Adversary Proceeding # 12-5165 per OE 7/9/13  (Doc. 91) | 1241-000 | 50,000.00 | | 348,017.37 |
| 06/27/13 | {5} | Builders Insurance Group | Settlement of Preference Claim vs. Builders Insurance Group in Adv. Proc. #12-05166 per OE 7/9/13 (91) | 1241-000 | 10,500.00 | | 358,517.37 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 450.41 | 358,066.96 |
| 07/18/13 | {6} | Graydon W. Florence | Settlement of Preference Claim vs. Graydon W. Florence  in Adv. Proc. #12-05167 per OE 7/9/13 (Doc. 91) | 1241-000 | 4,500.00 | | 362,566.96 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 566.95 | 362,000.01 |
| 08/23/13 | {6} | Franklin D. Fowler | First of three installments to settle voidable transfer claim against Fowler Cabinet Company, Inc. in Adversary Proceeding # | 1241-000 | 2,833.33 | | 364,833.34 |

Subtotals :   $374,833.33   $81,663.76

{} Asset reference(s)                                                                                  Printed: 10/29/2015 12:24 PM     V.13.25

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 10-67422 PWB  
**Case Name:** APEY QUALITY CONSTRUCTION, LLC  
**Taxpayer ID #:** **-***7910  
**Period Ending:** 09/30/15  

**Trustee:** C. BROOKS THURMOND III (300130)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3665 - Checking Account  
**Blanket Bond:** $1,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 12-5167 per OE 7/9/13 (Doc. 91) | | | | |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 521.22 | 364,312.12 |
| 09/13/13 | {6} | Franklin D. Fowler | Last two of three installments to settle voidable transfer claim against Fowler Cabinet Company, Inc. in Adversary Proceeding # 12-5167 per OE 7/9/13 (Doc. 91) | 1241-000 | 5,666.66 | | 369,978.78 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 509.53 | 369,469.25 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 584.61 | 368,884.64 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 495.21 | 368,389.43 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 582.88 | 367,806.55 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 546.66 | 367,259.89 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 493.03 | 366,766.86 |
| 03/31/14 | {5} | Ragsdale, Beals, Seigler, Patterson & Gray, LLP | Payment in full of default judgment against Dollar Concrete Construction Company in Adversary Proceeding # 12-5166 per OE 8/25/13 (Doc. 98) | 1241-000 | 42,151.04 | | 408,917.90 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 509.95 | 408,407.95 |
| 04/03/14 | {6} | Intersouth Plumbing Services, Inc. | Payment of Settlement in Adversary Proceeding # 12-5167 per OE 3/5/14 (Doc. 103) | 1241-000 | 13,050.00 | | 421,457.95 |
| 04/03/14 | {6} | Intersouth Plumbing Services, Inc. | Payment of Settlement in Adversary Proceeding # 12-5167 per OE 3/5/14 (Doc. 103) | 1241-000 | 450.00 | | 421,907.95 |
| 04/08/14 | {4} | Sunbelt Pools of Georgia, LLC | Payment of Settlement in Adversary Proceeding # 12-5165 per OE 3/5/14 (Doc. 103) | 1241-000 | 36,000.00 | | 457,907.95 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 668.18 | 457,239.77 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 657.67 | 456,582.10 |

**Subtotals :** $97,317.70  $5,568.94

{} Asset reference(s)

Printed: 10/29/2015 12:24 PM   V.13.25

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 10-67422 PWB  
**Case Name:** APEY QUALITY CONSTRUCTION, LLC  
**Trustee:** C. BROOKS THURMOND III (300130)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3665 - Checking Account  
**Taxpayer ID #:** **-***7910  
**Blanket Bond:** $1,000,000.00   (per case limit)  
**Period Ending:** 09/30/15  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/09/14 | {7} | Waste Management | Payment of Judgment in Adversary Proceeding # 12-5169 per OE 3/4/13 (Doc. 89) | 1241-000 | 6,551.51 | | 463,133.61 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 639.86 | 462,493.75 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 731.81 | 461,761.94 |
| 08/20/14 | {7} | Triad Mechanical Co., Inc. | Payment of Settlement in Adversary Proceeding # 12-5169 per OE 8/1/14 | 1241-000 | 9,500.00 | | 471,261.94 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 645.22 | 470,616.72 |
| 09/03/14 | {5} | Ceramco Services, Inc. | Payment of Settlement in Adversary Proceeding # 12-5166 per OE 8/1/14 | 1241-000 | 3,200.00 | | 473,816.72 |
| 09/09/14 | {6} | Greystone Power Corporation | Payment of Settlement in Adversary Proceeding # 12-5167 per OE 8/1/14 | 1241-000 | 8,081.69 | | 481,898.41 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 733.78 | 481,164.63 |
| 10/01/14 | | Ragsdale, Beals, Seigler, Patterson & Gray, LLP | Payment of Settlement and Garnishments in Adversary Proceedings # 12-5166, 12-5167 and 12-5169 (check # 7314) | | 50,364.21 | | 531,528.84 |
| | {6} | | Henry Graphics           6,000.00 | 1241-000 | | | 531,528.84 |
| | {6} | | Mac Trim                10,977.38 | 1241-000 | | | 531,528.84 |
| | {5} | | Benchmark Design        13,241.83 | 1241-000 | | | 531,528.84 |
| | {7} | | Sterling Mechanical      6,429.75 | 1241-000 | | | 531,528.84 |
| | {5} | | C&S Squared             3,795.53 | 1241-000 | | | 531,528.84 |
| | {5} | | D G Fowler Electrical    9,919.72 | 1241-000 | | | 531,528.84 |
| 10/08/14 | | Ragsdale, Beals, Seigler, Patterson & Gray, LLP | Payment of Settlement and Garnishments in Adversary Proceedings # 12-5166, 12-5167 and 12-5169 (check # 7350) | | 50,364.21 | | 581,893.05 |
| | {6} | | Henry Graphics           6,000.00 | 1241-000 | | | 581,893.05 |
| | {6} | | Mac Trim                10,977.38 | 1241-000 | | | 581,893.05 |
| | {5} | | Benchmark Design        13,241.83 | 1241-000 | | | 581,893.05 |

Subtotals :          $128,061.62          $2,750.67

{} Asset reference(s)

Printed: 10/29/2015 12:24 PM     V.13.25

## Form 2

## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 10-67422 PWB | | Trustee: | C. BROOKS THURMOND III (300130) |
|---|---|---|---|---|
| Case Name: | APEY QUALITY CONSTRUCTION, LLC | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******3665 - Checking Account |
| Taxpayer ID #: | **-***7910 | | Blanket Bond: | $1,000,000.00 (per case limit) |
| Period Ending: | 09/30/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | {7} | | Sterling Mechanical        6,429.75 | 1241-000 | | | 581,893.05 |
| | {5} | | C&S Squared               3,795.53 | 1241-000 | | | 581,893.05 |
| | {5} | | D G Fowler Electrical      9,919.72 | 1241-000 | | | 581,893.05 |
| 10/08/14 | | Ragsdale, Beals, Seigler, Patterson & Gray | Deposit 100019 was reversed to due to stop payment on check 7314 | | -50,364.21 | | 531,528.84 |
| | {6} | | -6,000.00 | 1241-000 | | | 531,528.84 |
| | {6} | | -10,977.38 | 1241-000 | | | 531,528.84 |
| | {5} | | -13,241.83 | 1241-000 | | | 531,528.84 |
| | {7} | | -6,429.75 | 1241-000 | | | 531,528.84 |
| | {5} | | -3,795.53 | 1241-000 | | | 531,528.84 |
| | {5} | | -9,919.72 | 1241-000 | | | 531,528.84 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 770.69 | 530,758.15 |
| 11/06/14 | 11003 | Ragsdale, Beals, Seigler, Patterson & Gray | Payment of balance of First Interim Special Counsel Fees per OE 10/23/14 | 3210-000 | | 24,000.00 | 506,758.15 |
| 11/06/14 | 11004 | Paul A. Jones & Company | Payment of Second Interim Accountants Fees per OE 10/23/14 | 3410-000 | | 11,187.50 | 495,570.65 |
| 11/06/14 | 11005 | Paul A. Jones & Company | Payment of Second Interim Accountants Expenses per OE 10/23/14 | 3420-000 | | 88.34 | 495,482.31 |
| 11/06/14 | 11006 | Ragsdale, Beals, Seigler, Patterson & Gray | Payment of Second Interim Special Counsel Fees per OE 10/23/14 | 3210-600 | | 40,828.00 | 454,654.31 |
| 11/06/14 | 11007 | Ragsdale, Beals, Seigler, Patterson & Gray | Payment of Second Interim Special Counsel Expenses per OE 10/23/14 | 3220-610 | | 3,548.49 | 451,105.82 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 630.87 | 450,474.95 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 734.36 | 449,740.59 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 646.88 | 449,093.71 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 602.89 | 448,490.82 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 688.09 | 447,802.73 |

Subtotals :            $-50,364.21       $83,726.11

{} Asset reference(s)

Printed: 10/29/2015 12:24 PM    V.13.25

## Form 2

## Cash Receipts And Disbursements Record

Page: 6

**Case Number:** 10-67422 PWB
**Case Name:** APEY QUALITY CONSTRUCTION, LLC

**Taxpayer ID #:** **-***7910
**Period Ending:** 09/30/15

**Trustee:** C. BROOKS THURMOND III (300130)
**Bank Name:** Rabobank, N.A.
**Account:** ******3665 - Checking Account
**Blanket Bond:** $1,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 644.09 | 447,158.64 |
| 05/11/15 | {6} | Moore Ingram Johnson & Steele, LLP | Payment of Settlement of voidable transfer claim against Evolution Metering Solutions, Inc. in Adversary # 12-5167, approved per OE _____ | 1241-000 | 11,500.00 | | 458,658.64 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 630.55 | 458,028.09 |
| 06/03/15 | | Ragsdale, Beals, Seigler, Patterson & Gray, LLP | Payment of Settlement and Garnishments in Adversary Proceedings # 12-5165, 12-5167 and 12-5169 | | 18,644.11 | | 476,672.20 |
| | {4} | | Donald Dunn            2,165.71<br>garnishment | 1241-000 | | | 476,672.20 |
| | {7} | | Pitukinas garnishment    14,128.40 | 1241-000 | | | 476,672.20 |
| | {6} | | Henry Graphics, partial    2,350.00<br>payment | 1241-000 | | | 476,672.20 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 725.07 | 475,947.13 |
| 07/06/15 | {5} | Cornerstone Security, Inc.dba Cornerstone Control System | Settlement of voidable transfer claim against Cornerstone Security, Inc. in Adversary # 12-5166, approved per OE 5/7/15 | 1241-000 | 32,000.00 | | 507,947.13 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 744.22 | 507,202.91 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 705.21 | 506,497.70 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 777.15 | 505,720.55 |

Subtotals :   $62,144.11   $4,226.29

{} Asset reference(s)

Printed: 10/29/2015 12:24 PM   V.13.25

## Form 2

### Cash Receipts And Disbursements Record

Page: 7

| Case Number: | 10-67422 PWB | Trustee: | C. BROOKS THURMOND III (300130) |
| Case Name: | APEY QUALITY CONSTRUCTION, LLC | Bank Name: | Rabobank, N.A. |
| | | Account: | ******3665 - Checking Account |
| Taxpayer ID #: | **-***7910 | Blanket Bond: | $1,000,000.00  (per case limit) |
| Period Ending: | 09/30/15 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 735,263.74 | 229,543.19 | $505,720.55 |
| | | | Less: Bank Transfers | | 109,562.53 | 0.00 | |
| | | | **Subtotal** | | 625,701.21 | 229,543.19 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$625,701.21** | **$229,543.19** | |

{} Asset reference(s)

Printed: 10/29/2015 12:24 PM    V.13.25

**Form 2**

## Cash Receipts And Disbursements Record

Page: 8

| Case Number: | 10-67422 PWB | | Trustee: | C. BROOKS THURMOND III (300130) |
|---|---|---|---|---|
| Case Name: | APEY QUALITY CONSTRUCTION, LLC | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******74-65 - Checking Account |
| Taxpayer ID #: | **-***7910 | | Blanket Bond: | $1,000,000.00  (per case limit) |
| Period Ending: | 09/30/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/18/10 | {2} | Home Depot Credit Services | Refund on Account | 1290-000 | 2,970.70 | | 2,970.70 |
| 04/18/10 | {2} | Whirlpool | Refund on account | 1290-000 | 700.63 | | 3,671.33 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.07 | | 3,671.40 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.22 | | 3,671.62 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.20 | | 3,671.82 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.22 | | 3,672.04 |
| 08/12/10 | {2} | Waste Management | Refund on account | 1290-000 | 1,275.00 | | 4,947.04 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.26 | | 4,947.30 |
| 09/29/10 | {3} | Vista Realty Construction, LLC | Turnover of funds in Debtor's Bank Account | 1290-000 | 4,413.59 | | 9,360.89 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 9,360.93 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 9,361.00 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 9,361.07 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 9,361.14 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 9,361.21 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 9,361.28 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 9,361.35 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 9,361.42 |
| 05/05/11 | {2} | Georgia Power | Refund on account | 1290-000 | 5.79 | | 9,367.21 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 9,367.28 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 9,367.35 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 9,367.42 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 17.96 | 9,349.46 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 9,349.53 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,324.53 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 9,324.60 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,299.60 |

Subtotals :    $9,367.56    $67.96

{} Asset reference(s)                                    Printed: 10/29/2015 12:24 PM    V.13.25

## Form 2

### Cash Receipts And Disbursements Record

Page: 9

**Case Number:** 10-67422 PWB  
**Case Name:** APEY QUALITY CONSTRUCTION, LLC  
**Taxpayer ID #:** **-***7910  
**Period Ending:** 09/30/15  

**Trustee:** C. BROOKS THURMOND III (300130)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******74-65 - Checking Account  
**Blanket Bond:** $1,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 9,299.67 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,274.67 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 9,274.74 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,249.74 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 9,249.81 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,224.81 |
| 01/17/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 9,224.85 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 9,224.88 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,199.88 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,174.88 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,149.88 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,124.88 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,099.88 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,074.88 |
| 07/30/12 | {5} | Citi Business Services | Settlement of Preference Claim vs. Home Depot in Adv. Proc. #12-05167 per OE 10/18/12 (Doc. 59) | 1241-000 | 11,000.00 | | 20,074.88 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 20,049.88 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 40.95 | 20,008.93 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 38.26 | 19,970.67 |
| 10/01/12 | {6} | Boling Rice LLC IOLTA | Settlement of Preference Claim vs. Intile Painting Contractors, Inc. in Adv. Proc. #12-05167 (1st of 4 installments) per OE 10/18/12 (Doc. 59) | 1241-000 | 2,625.00 | | 22,595.67 |
| 10/30/12 | {6} | Georgia Power | Settlement of Preference Claim vs. Georgia Power in Adv. Proc. #12-05167 per OE 10/18/12 (Doc. 59) | 1241-000 | 12,541.00 | | 35,136.67 |

Subtotals :  $26,166.28    $329.21

{} Asset reference(s)

Printed: 10/29/2015 12:24 PM    V.13.25

## Form 2

## Cash Receipts And Disbursements Record

Page: 10

| Case Number: | 10-67422 PWB | Trustee: | C. BROOKS THURMOND III (300130) |
|---|---|---|---|
| Case Name: | APEY QUALITY CONSTRUCTION, LLC | Bank Name: | The Bank of New York Mellon |
| | | Account: | ****-******74-65 - Checking Account |
| Taxpayer ID #: | **-***7910 | Blanket Bond: | $1,000,000.00  (per case limit) |
| Period Ending: | 09/30/15 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/30/12 | {6} | Marietta Drapery & Window Coverings, Co., Inc. | Settlement of Preference Claim vs. Marietta Drapery & Window Coverings in Adv. Proc. #12-05167 (1st of 6)  per OE 10/18/12 (Doc. 59) | 1241-000 | 1,854.33 | | 36,991.00 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 50.03 | 36,940.97 |
| 11/05/12 | {7} | Value Lighting, Inc | Settlement of Preference Claim vs. Value Lighting, Inc. in Adv. Proc. #12-05169 (1st of 6 X $5500)  per OE 10/18/12 (Doc. 59) | 1241-000 | 5,000.00 | | 41,940.97 |
| 11/05/12 | {5} | Anthony's Custom Closets of Atlanta, LLC | Settlement of Preference Claim vs. Anthony's Custom Closets in Adv. Proc. #12-05166  per OE 10/18/12 (Doc. 59) | 1241-000 | 4,000.00 | | 45,940.97 |
| 11/05/12 | {6} | Marietta Drapery & Window Coverings, Co., Inc. | Settlement of Preference Claim vs. Marietta Drapery & Window Coverings in Adv. Proc. #12-05167 (2nd and 3rd of 6) per OE 10/18/12 (Doc. 59) | 1241-000 | 3,708.66 | | 49,649.63 |
| 11/06/12 | {6} | Boling Rice LLC IOLTA | Settlement of Preference Claim vs. Intile Painting Contractors, Inc. in Adv. Proc. #12-05167 (2nd of 4 installments)  per OE 10/18/12 (Doc. 59) | 1241-000 | 2,625.00 | | 52,274.63 |
| 11/19/12 | {6} | Marietta Drapery & Window Coverings, Co., Inc. | Settlement of Preference Claim vs. Marietta Drapery & Window Coverings in Adv. Proc. #12-05167 (4th of 6)  per OE 10/18/12 (Doc. 59) | 1241-000 | 1,854.33 | | 54,128.96 |
| 11/26/12 | {5} | Custom Glass & Doors, Inc. | Settlement of Preference Claim vs. Custom Glass & Doors, Inc. in Adv. Proc. #12-05166 per OE 10/18/12 (Doc. 59) | 1241-000 | 4,000.00 | | 58,128.96 |
| 11/30/12 | {7} | Value Lighting, Inc | Settlement of Preference Claim vs. Value Lighting, Inc. in Adv. Proc. #12-05169 (1st of 6 | 1241-000 | 5,000.00 | | 63,128.96 |

Subtotals :       $28,042.32       $50.03

{} Asset reference(s)

Printed: 10/29/2015 12:24 PM      V.13.25

## Form 2

## Cash Receipts And Disbursements Record

Page: 11

| Case Number: | 10-67422 PWB | | Trustee: | C. BROOKS THURMOND III (300130) |
|---|---|---|---|---|
| Case Name: | APEY QUALITY CONSTRUCTION, LLC | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******74-65 - Checking Account |
| Taxpayer ID #: | **-***7910 | | Blanket Bond: | $1,000,000.00 (per case limit) |
| Period Ending: | 09/30/15 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | X $5500) ($500 short) per OE 10/18/12 (Doc. 59) | | | | |
| 11/30/12 | {6} | Boling Rice LLC IOLTA | Settlement of Preference Claim vs. Intile Painting Contractors, Inc. in Adv. Proc. #12-05167 (3rd of 4 installments) per OE 10/18/12 (Doc. 59) | 1241-000 | 2,625.00 | | 65,753.96 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 101.56 | 65,652.40 |
| 12/10/12 | {7} | Whirlpool Corporation | Settlement of Preference Claim vs. Whirlpool Corporation in Adv. Proc. #12-05169 per OE 10/18/12 (Doc. 59) | 1241-000 | 35,000.00 | | 100,652.40 |
| 12/10/12 | {7} | Value Lighting, Inc | Settlement of Preference Claim vs. Value Lighting, Inc. in Adv. Proc. #12-05169 (catchup) per OE 10/18/12 (Doc. 59) | 1241-000 | 1,000.00 | | 101,652.40 |
| 12/26/12 | {7} | Value Lighting, Inc | Settlement of Preference Claim vs. Value Lighting, Inc. in Adv. Proc. #12-05169 (3rd of 6 X $5500) ($500 short) per OE 10/18/12 (Doc. 59) | 1241-000 | 5,000.00 | | 106,652.40 |
| 12/26/12 | {6} | Boling Rice LLC IOLTA | Settlement of Preference Claim vs. Intile Painting Contractors, Inc. in Adv. Proc. #12-05167 (4th of 4 installments) per OE 10/18/12 (Doc. 59) | 1241-000 | 2,625.00 | | 109,277.40 |
| 12/26/12 | {2} | United States Treasury | Photocopy Refund Re: 06-1677910 | 1290-000 | 456.00 | | 109,733.40 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 170.87 | 109,562.53 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001030013088 20130103 | 9999-000 | | 109,562.53 | 0.00 |

Subtotals :    $46,706.00    $109,834.96

{} Asset reference(s)

Printed: 10/29/2015 12:24 PM    V.13.25

# Form 2

## Cash Receipts And Disbursements Record

Page: 12

| Case Number: | 10-67422 PWB | | Trustee: | C. BROOKS THURMOND III (300130) |
|---|---|---|---|---|
| Case Name: | APEY QUALITY CONSTRUCTION, LLC | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******74-65 - Checking Account |
| Taxpayer ID #: | **-***7910 | | Blanket Bond: | $1,000,000.00   (per case limit) |
| Period Ending: | 09/30/15 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 110,282.16 | 110,282.16 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 109,562.53 | |
| | | | **Subtotal** | | 110,282.16 | 719.63 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$110,282.16** | **$719.63** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******3665** | 625,701.21 | 229,543.19 | 505,720.55 |
| **Checking # ****-******74-65** | 110,282.16 | 719.63 | 0.00 |
| | $735,983.37 | $230,262.82 | $505,720.55 |

{} Asset reference(s)                                                                                                          Printed: 10/29/2015 12:24 PM        V.13.25