# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA

In re: APEY QUALITY CONSTRUCTION, LLC                 Case No.  10-67422-PWB
FDBA VISTA REALTY CONSTRUCTION, LLC

Chapter   7

Debtors

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

C. BROOKS THURMOND III, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $0.00                              Assets Exempt:  N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $456,578.90         Claims Discharged
                                                     Without Payment: N/A

Total Expenses of Administration: $341,267.48

3)  Total gross receipts of $      797,846.38    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $          0.00     (see **Exhibit 2** ), yielded net receipts of  $797,846.38 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $47,640.86 | $103,633.63 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 341,267.48 | 341,267.48 | 341,267.48 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 15,649,831.57 | 1,553,183.10 | 776,591.55 | 456,578.90 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,466,350.43 | 2,004,304.58 | 1,526,378.72 | 0.00 |
| **TOTAL DISBURSEMENTS** | $18,163,822.86 | $4,002,388.79 | $2,644,237.75 | $797,846.38 |

4) This case was originally filed under Chapter 7 on March 12, 2010. The case was pending for 82 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/12/2017 _____    By: /s/C. BROOKS THURMOND III _____
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Miscellaneous Refunds | 1229-000 | 5,408.12 |
| Bank of America checking (# -6976) | 1229-000 | 4,413.59 |
| Adv. # 12-05165 vs. Donald Dunn Constr., et al | 1241-000 | 88,165.71 |
| Adv. # 12-05166 vs. Anthony's Custom et al | 1241-000 | 133,808.12 |
| Adv. # 12-05167 vs. DTI, LLC, et al | 1241-000 | 106,140.57 |
| Adv. # 12-05169 vs. Midsouth Steel, et al | 1241-000 | 159,908.14 |
| Adv. # 12-05172 vs. Vista Realty Partners et al | 1241-000 | 300,000.00 |
| Interest Income | 1270-000 | 2.13 |
| **TOTAL GROSS RECEIPTS** | | **$797,846.38** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Dai-Cole Waterproofing, Inc. | 4110-000 | 16,459.66 | 16,459.66 | 0.00 | 0.00 |
| 4 | Intile Painting & Drywall Cont | 4110-000 | 31,181.20 | 44,911.65 | 0.00 | 0.00 |
| 19 | Capital Alarms, Inc., c/o Ryan D. Worsley, Esq. | 4110-000 | N/A | 12,703.50 | 0.00 | 0.00 |
| 26 | VNS Corporation | 4110-000 | N/A | 29,558.82 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$47,640.86** | **$103,633.63** | **$0.00** | **$0.00** |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| C. BROOKS THURMOND III | 2100-000 | N/A | 43,142.32 | 43,142.32 | 43,142.32 |
| C. BROOKS THURMOND III | 2200-000 | N/A | 3,989.76 | 3,989.76 | 3,989.76 |
| C. BROOKS THURMOND III | 3110-000 | N/A | 3,676.00 | 3,676.00 | 3,676.00 |
| C. BROOKS THURMOND III | 3120-000 | N/A | 114.54 | 114.54 | 114.54 |
| Paul A. Jones & Company | 3410-000 | N/A | 50,476.00 | 50,476.00 | 50,476.00 |
| Paul A. Jones & Company | 3420-000 | N/A | 481.71 | 481.71 | 481.71 |
| Ragsdale, Beals, Seigler, Patterson & Gray | 3210-000 | N/A | 99,489.00 | 99,489.00 | 99,489.00 |
| Ragsdale, Beals, Seigler, Patterson & Gray | 3220-000 | N/A | 4,895.35 | 4,895.35 | 4,895.35 |
| Paul A. Jones & Company | 3410-000 | N/A | 11,187.50 | 11,187.50 | 11,187.50 |
| Paul A. Jones & Company | 3420-000 | N/A | 88.34 | 88.34 | 88.34 |
| Ragsdale, Beals, Seigler, Patterson & Gray | 3210-600 | N/A | 40,828.00 | 40,828.00 | 40,828.00 |
| Ragsdale, Beals, Seigler, Patterson & Gray | 3220-610 | N/A | 3,548.49 | 3,548.49 | 3,548.49 |
| Ragsdale, Beals, Seigler, Patterson & Gray | 3210-600 | N/A | 42,243.50 | 42,243.50 | 42,243.50 |
| Ragsdale, Beals, Seigler, Patterson & Gray | 3220-610 | N/A | 1,525.29 | 1,525.29 | 1,525.29 |
| Paul A. Jones & Company | 3410-000 | N/A | 6,811.00 | 6,811.00 | 6,811.00 |
| Paul A. Jones & Company | 3420-000 | N/A | 229.63 | 229.63 | 229.63 |
| Clerk, U. S. Bankruptcy Court | 2700-000 | N/A | 1,465.00 | 1,465.00 | 1,465.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 17.96 | 17.96 | 17.96 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | CLAIMS SCHEDULED | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 40.95 | 40.95 | 40.95 |
| The Bank of New York Mellon | 2600-000 | N/A | 38.26 | 38.26 | 38.26 |
| The Bank of New York Mellon | 2600-000 | N/A | 50.03 | 50.03 | 50.03 |
| The Bank of New York Mellon | 2600-000 | N/A | 101.56 | 101.56 | 101.56 |
| The Bank of New York Mellon | 2600-000 | N/A | 170.87 | 170.87 | 170.87 |
| Rabobank, N.A. | 2600-000 | N/A | 170.11 | 170.11 | 170.11 |
| Rabobank, N.A. | 2600-000 | N/A | 155.18 | 155.18 | 155.18 |
| Rabobank, N.A. | 2600-000 | N/A | 167.82 | 167.82 | 167.82 |
| Rabobank, N.A. | 2600-000 | N/A | 156.60 | 156.60 | 156.60 |
| Rabobank, N.A. | 2600-000 | N/A | 262.05 | 262.05 | 262.05 |
| Rabobank, N.A. | 2600-000 | N/A | 450.41 | 450.41 | 450.41 |
| Rabobank, N.A. | 2600-000 | N/A | 566.95 | 566.95 | 566.95 |
| Rabobank, N.A. | 2600-000 | N/A | 521.22 | 521.22 | 521.22 |
| Rabobank, N.A. | 2600-000 | N/A | 509.53 | 509.53 | 509.53 |
| Rabobank, N.A. | 2600-000 | N/A | 584.61 | 584.61 | 584.61 |
| Rabobank, N.A. | 2600-000 | N/A | 495.21 | 495.21 | 495.21 |
| Rabobank, N.A. | 2600-000 | N/A | 582.88 | 582.88 | 582.88 |
| Rabobank, N.A. | 2600-000 | N/A | 546.66 | 546.66 | 546.66 |
| Rabobank, N.A. | 2600-000 | N/A | 493.03 | 493.03 | 493.03 |
| Rabobank, N.A. | 2600-000 | N/A | 509.95 | 509.95 | 509.95 |
| Rabobank, N.A. | 2600-000 | N/A | 668.18 | 668.18 | 668.18 |
| Rabobank, N.A. | 2600-000 | N/A | 657.67 | 657.67 | 657.67 |
| Rabobank, N.A. | 2600-000 | N/A | 639.86 | 639.86 | 639.86 |
| Rabobank, N.A. | 2600-000 | N/A | 731.81 | 731.81 | 731.81 |
| Rabobank, N.A. | 2600-000 | N/A | 645.22 | 645.22 | 645.22 |
| Rabobank, N.A. | 2600-000 | N/A | 733.78 | 733.78 | 733.78 |
| Rabobank, N.A. | 2600-000 | N/A | 770.69 | 770.69 | 770.69 |
| Rabobank, N.A. | 2600-000 | N/A | 630.87 | 630.87 | 630.87 |
| Rabobank, N.A. | 2600-000 | N/A | 734.36 | 734.36 | 734.36 |
| Rabobank, N.A. | 2600-000 | N/A | 646.88 | 646.88 | 646.88 |
| Rabobank, N.A. | 2600-000 | N/A | 602.89 | 602.89 | 602.89 |
| Rabobank, N.A. | 2600-000 | N/A | 688.09 | 688.09 | 688.09 |
| Rabobank, N.A. | 2600-000 | N/A | 644.09 | 644.09 | 644.09 |
| Rabobank, N.A. | 2600-000 | N/A | 630.55 | 630.55 | 630.55 |

**UST Form 101-7-TDR (10/1/2010)**

| Rabobank, N.A. | 2600-000 | N/A | 725.07 | 725.07 | 725.07 |
| Rabobank, N.A. | 2600-000 | N/A | 744.22 | 744.22 | 744.22 |
| Rabobank, N.A. | 2600-000 | N/A | 705.21 | 705.21 | 705.21 |
| Rabobank, N.A. | 2600-000 | N/A | 777.15 | 777.15 | 777.15 |
| Rabobank, N.A. | 2600-000 | N/A | 729.95 | 729.95 | 729.95 |
| Rabobank, N.A. | 2600-000 | N/A | 711.84 | 711.84 | 711.84 |
| Rabobank, N.A. | 2600-000 | N/A | 818.10 | 818.10 | 818.10 |
| Rabobank, N.A. | 2600-000 | N/A | 730.35 | 730.35 | 730.35 |
| Rabobank, N.A. | 2600-000 | N/A | 739.10 | 739.10 | 739.10 |
| Rabobank, N.A. | 2600-000 | N/A | 858.01 | 858.01 | 858.01 |
| Rabobank, N.A. | 2600-000 | N/A | 777.46 | 777.46 | 777.46 |
| Rabobank, N.A. | 2600-000 | N/A | 779.57 | 779.57 | 779.57 |
| Rabobank, N.A. | 2600-000 | N/A | 885.98 | 885.98 | 885.98 |
| Rabobank, N.A. | 2600-000 | N/A | 777.26 | 777.26 | 777.26 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $341,267.48 | $341,267.48 | $341,267.48 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 31P | Georgia Dept. of Revenue | 5800-000 | N/A | 776,591.55 | 0.00 | 0.00 |
| 31P-2 | Georgia Dept. of Revenue | 5800-000 | 15,649,831.57 | 776,591.55 | 776,591.55 | 456,578.90 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $15,649,831.57 | $1,553,183.10 | $776,591.55 | $456,578.90 |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | On-Site Services | 7100-000 | 84,112.96 | 84,112.87 | 84,112.87 | 0.00 |
| 2 | Ceramco, Inc. | 7100-000 | 113,166.00 | 75,024.00 | 0.00 | 0.00 |
| 5 | D.G. Fowler Electric Company | 7100-000 | 404,458.92 | 399,058.75 | 399,058.75 | 0.00 |
| 6 | Aerial Photography, Inc. | 7100-000 | 184.00 | 184.00 | 184.00 | 0.00 |
| 7 | Cornerstone Security, Inc. | 7100-000 | 22,635.00 | 22,635.00 | 0.00 | 0.00 |
| 8 | Intersouth Plumbing Services | 7100-000 | 120,739.15 | 112,292.28 | 0.00 | 0.00 |
| 9 | J & M Drywall | 7100-000 | N/A | 82,852.60 | 82,852.60 | 0.00 |
| 10 | Whirlpool Corporation | 7100-000 | 5,051.16 | 5,051.16 | 0.00 | 0.00 |
| 11 | Seiler & Associates | 7100-000 | 4,820.30 | 5,703.78 | 5,703.78 | 0.00 |
| 12 | Pitukinas Cleaning Services | 7100-000 | 11,154.00 | 7,700.00 | 7,700.00 | 0.00 |
| 13 | Pitukinas Cleaning Services | 7100-000 | N/A | 4,066.00 | 4,066.00 | 0.00 |
| 14 | Ram Flooring, Inc. | 7100-000 | 56,539.77 | 55,748.50 | 0.00 | 0.00 |
| 15 | Piedmont Landscape Contractors | 7100-000 | 6,544.83 | 15,923.33 | 15,923.33 | 0.00 |
| 16 | Anthony's Custom Closets | 7100-000 | 11,113.42 | 11,113.81 | 0.00 | 0.00 |
| 17 | J & M Drywall | 7100-000 | 78,302.60 | 82,852.60 | 82,852.60 | 0.00 |
| 18 | Value Lighting, Inc. | 7100-000 | 2,632.20 | 20,397.10 | 0.00 | 0.00 |
| 19U | Capital Alarms, Inc., c/o Ryan D. Worsley, Esq. | 7100-000 | 12,703.50 | 12,703.50 | 12,703.50 | 0.00 |
| 20 | Midsouth Steel | 7100-000 | 44,112.47 | 40,018.15 | 0.00 | 0.00 |
| 21 | Georgia Stone & Brick, LLC | 7100-000 | N/A | 32,822.00 | 32,822.00 | 0.00 |
| 22 | Dollar Concrete Construction Company | 7100-000 | 322,109.91 | 424,286.90 | 424,286.90 | 0.00 |
| 23 | United Builders, LLC | 7100-000 | N/A | 19,112.59 | 19,112.59 | 0.00 |
| 24 | Affordable Fire Protection | 7100-000 | 74,390.00 | 74,390.00 | 74,390.00 | 0.00 |
| 25 | Fas-Break Glass | 7100-000 | 7,828.01 | 7,828.01 | 7,828.01 | 0.00 |
| 26U | VNS Corporation | 7100-000 | 31,130.32 | 29,558.82 | 21,548.10 | 0.00 |
| 27 | Long Grove Property Owners' Association | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 28 | Floyd & Associates Inc | 7100-000 | N/A | 15,000.00 | 15,000.00 | 0.00 |
| 29 | Cal-Mar Services, Inc. | 7100-000 | 13,739.06 | 21,171.86 | 21,171.86 | 0.00 |
| 30 | Dixie Plastering Co., Inc. | 7100-000 | 85,800.50 | 87,426.69 | 87,426.69 | 0.00 |
| 31U | Georgia Dept. of Revenue | 7200-000 | N/A | 127,635.14 | 0.00 | 0.00 |
| 31U-2 | Georgia Dept. of Revenue | 7200-000 | N/A | 127,635.14 | 127,635.14 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Billy Gerrell Grading, Inc. | 7100-000 | 321,002.59 | N/A | N/A | 0.00 |
| NOTFILED | Ben F. Perry Co., Inc. | 7100-000 | 1,005.00 | N/A | N/A | 0.00 |
| NOTFILED | C & S Squared, Inc. | 7100-000 | 19,100.00 | N/A | N/A | 0.00 |
| NOTFILED | Builders' Insulation | 7100-000 | 14,884.00 | N/A | N/A | 0.00 |
| NOTFILED | Atlanta Modular Retaining Wall | 7100-000 | 2,374.40 | N/A | N/A | 0.00 |
| NOTFILED | Carl Signman Commercials LLC | 7100-000 | 30,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Aqua Seal-Lutions, Inc. | 7100-000 | 742.23 | N/A | N/A | 0.00 |
| NOTFILED | United Builders, LLC | 7100-000 | 19,112.59 | N/A | N/A | 0.00 |
| NOTFILED | A.F. Contractors, Inc. | 7100-000 | 102,076.80 | N/A | N/A | 0.00 |
| NOTFILED | Custom Glass & Doors, Inc. | 7100-000 | 5,209.01 | N/A | N/A | 0.00 |
| NOTFILED | All Pro Pest Services, Inc. | 7100-000 | 702.02 | N/A | N/A | 0.00 |
| NOTFILED | Donald Dunn Construction | 7100-000 | 989.40 | N/A | N/A | 0.00 |
| NOTFILED | Kings III | 7100-000 | 202.06 | N/A | N/A | 0.00 |
| NOTFILED | Jackson Security Company | 7100-000 | 48,010.43 | N/A | N/A | 0.00 |
| NOTFILED | Rub-R-All, Inc. | 7100-000 | 591.86 | N/A | N/A | 0.00 |
| NOTFILED | Mac Trim, Inc. | 7100-000 | 15,525.00 | N/A | N/A | 0.00 |
| NOTFILED | Henry Graphics | 7100-000 | 2,705.05 | N/A | N/A | 0.00 |
| NOTFILED | Marietta Drapery & Window | 7100-000 | 12,142.86 | N/A | N/A | 0.00 |
| NOTFILED | Georgia's Wildcat Paving | 7100-000 | 522.50 | N/A | N/A | 0.00 |
| NOTFILED | Georgia Power | 7100-000 | 325.48 | N/A | N/A | 0.00 |
| NOTFILED | Fowler Cabinet Company, Inc. | 7100-000 | 49,598.60 | N/A | N/A | 0.00 |
| NOTFILED | Georgia Star Plumbing | 7100-000 | 117,883.07 | N/A | N/A | 0.00 |
| NOTFILED | Triad Mechanical Co., Inc. | 7100-000 | 185,267.40 | N/A | N/A | 0.00 |
| NOTFILED | Procurastaff | 7100-000 | 2,760.00 | N/A | N/A | 0.00 |
| NOTFILED | Southern Protective Agency | 7100-000 | 350.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $2,466,350.43 | $2,004,304.58 | $1,526,378.72 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 10-67422-PWB | Trustee:    (300130)    C. BROOKS THURMOND III |
| Case Name:    APEY QUALITY CONSTRUCTION, LLC | Filed (f) or Converted (c):    03/12/10 (f) |
| | §341(a) Meeting Date:    04/16/10 |
| Period Ending: 01/12/17 | Claims Bar Date:    07/22/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property)<br><br>Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1    Bank of America checking (# -7520) | 0.00 | 0.00 | | 0.00 | FA |
| 2    Miscellaneous Refunds  (u) | Unknown | Unknown | | 5,408.12 | FA |
| 3    Bank of America checking (# -6976)  (u)<br>      VRC Georgia LLC Operating Account | Unknown | 4,413.59 | | 4,413.59 | FA |
| 4    Adv. # 12-05165 vs. Donald Dunn Constr., et al  (u) | Unknown | 206,015.15 | | 88,165.71 | FA |
| 5    Adv. # 12-05166 vs. Anthony's Custom et al  (u) | Unknown | 302,679.01 | | 133,808.12 | FA |
| 6    Adv. # 12-05167 vs. DTI, LLC, et al  (u) | Unknown | 258,265.77 | | 106,140.57 | FA |
| 7    Adv. # 12-05169 vs. Midsouth Steel, et al  (u) | Unknown | 439,036.77 | | 159,908.14 | FA |
| 8    Adv. # 12-05172 vs. Vista Realty Partners et al  (u) | Unknown | 3,053,817.56 | | 300,000.00 | FA |
| Int    INTEREST  (u) | Unknown | N/A | | 2.13 | FA |
| 9    Assets    Totals (Excluding unknown values) | $0.00 | $4,264,227.85 | | $797,846.38 | $0.00 |

**Major Activities Affecting Case Closing:**

Review of claims; final income tax returns

Proposed distribution

Initial Projected Date Of Final Report (TFR):    August 30, 2012        Current Projected Date Of Final Report (TFR):    August 29, 2016  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 10-67422-PWB | |
| **Case Name:** APEY QUALITY CONSTRUCTION, LLC | |
| **Taxpayer ID #:** **-***7910 | |
| **Period Ending:** 01/12/17 | |

| | |
|---|---|
| **Trustee:** C. BROOKS THURMOND III (300130) | |
| **Bank Name:** The Bank of New York Mellon | |
| **Account:** ****-******74-65 - Checking Account | |
| **Blanket Bond:** $40,160,000.00  (per case limit) | |
| **Separate Bond:** N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/18/10 | {2} | Home Depot Credit Services | Refund on Account | 1229-000 | 2,970.70 | | 2,970.70 |
| 04/18/10 | {2} | Whirlpool | Refund on posting | 1229-000 | 700.63 | | 3,671.33 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.07 | | 3,671.40 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.22 | | 3,671.62 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.20 | | 3,671.82 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.22 | | 3,672.04 |
| 08/12/10 | {2} | Waste Management | Refund on account | 1229-000 | 1,275.00 | | 4,947.04 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.26 | | 4,947.30 |
| 09/29/10 | {3} | Vista Realty Construction, LLC | Turnover of funds in Debtor's Bank Account | 1229-000 | 4,413.59 | | 9,360.89 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 9,360.93 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.07 | | 9,361.00 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.07 | | 9,361.07 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.07 | | 9,361.14 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.07 | | 9,361.21 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.07 | | 9,361.28 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.07 | | 9,361.35 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.07 | | 9,361.42 |
| 05/05/11 | {2} | Georgia Power | Refund on account | 1229-000 | 5.79 | | 9,367.21 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.07 | | 9,367.28 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.07 | | 9,367.35 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.07 | | 9,367.42 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 17.96 | 9,349.46 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.07 | | 9,349.53 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,324.53 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.07 | | 9,324.60 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,299.60 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.07 | | 9,299.67 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,274.67 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.07 | | 9,274.74 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,249.74 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.07 | | 9,249.81 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,224.81 |
| 01/17/12 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 9,224.85 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 9,224.88 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,199.88 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,174.88 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,149.88 |

Subtotals :                    $9,367.84        $217.96

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-67422-PWB

**Case Name:** APEY QUALITY CONSTRUCTION, LLC

**Taxpayer ID #:** **-***7910

**Period Ending:** 01/12/17

**Trustee:** C. BROOKS THURMOND III (300130)

**Bank Name:** The Bank of New York Mellon

**Account:** ****-******74-65 - Checking Account

**Blanket Bond:** $40,160,000.00  (per case limit)

**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,124.88 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,099.88 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,074.88 |
| 07/30/12 | {5} | Citi Business Services | Settlement of Preference Claim vs. Home Depot in Adv. Proc. #12-05167 per OE 10/18/12 (Doc. 59) | 1241-000 | 11,000.00 | | 20,074.88 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 20,049.88 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 40.95 | 20,008.93 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 38.26 | 19,970.67 |
| 10/01/12 | {6} | Boling Rice LLC IOLTA | Settlement of Preference Claim vs. Intile Painting Contractors, Inc. in Adv. Proc. #12-05167 (1st of 4 installments) per OE 10/18/12 (Doc. 59) | 1241-000 | 2,625.00 | | 22,595.67 |
| 10/30/12 | {6} | Georgia Power | Settlement of Preference Claim vs. Georgia Power in Adv. Proc. #12-05167  per OE 10/18/12 (Doc. 59) | 1241-000 | 12,541.00 | | 35,136.67 |
| 10/30/12 | {6} | Marietta Drapery & Window Coverings, Co., Inc. | Settlement of Preference Claim vs. Marietta Drapery & Window Coverings in Adv. Proc. #12-05167 (1st of 6)  per OE 10/18/12 (Doc. 59) | 1241-000 | 1,854.33 | | 36,991.00 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 50.03 | 36,940.97 |
| 11/05/12 | {7} | Value Lighting, Inc | Settlement of Preference Claim vs. Value Lighting, Inc. in Adv. Proc. #12-05169 (1st of 6 X $5500)  per OE 10/18/12 (Doc. 59) | 1241-000 | 5,000.00 | | 41,940.97 |
| 11/05/12 | {5} | Anthony's Custom Closets of Atlanta, LLC | Settlement of Preference Claim vs. Anthony's Custom Closets in Adv. Proc. #12-05166  per OE 10/18/12 (Doc. 59) | 1241-000 | 4,000.00 | | 45,940.97 |
| 11/05/12 | {6} | Marietta Drapery & Window Coverings, Co., Inc. | Settlement of Preference Claim vs. Marietta Drapery & Window Coverings in Adv. Proc. #12-05167 (2nd and 3rd of 6) per OE 10/18/12 (Doc. 59) | 1241-000 | 3,708.66 | | 49,649.63 |
| 11/06/12 | {6} | Boling Rice LLC IOLTA | Settlement of Preference Claim vs. Intile Painting Contractors, Inc. in Adv. Proc. #12-05167 (2nd of 4 installments)  per OE 10/18/12 (Doc. 59) | 1241-000 | 2,625.00 | | 52,274.63 |
| 11/19/12 | {6} | Marietta Drapery & Window Coverings, Co., Inc. | Settlement of Preference Claim vs. Marietta Drapery & Window Coverings in Adv. Proc. #12-05167 (4th of 6)  per OE 10/18/12 (Doc. 59) | 1241-000 | 1,854.33 | | 54,128.96 |
| | | | Subtotals : | | $45,208.32 | $229.24 | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 10-67422-PWB | **Trustee:** C. BROOKS THURMOND III (300130) |
| **Case Name:** APEY QUALITY CONSTRUCTION, LLC | **Bank Name:** The Bank of New York Mellon |
| | **Account:** ****-******74-65 - Checking Account |
| **Taxpayer ID #:** **-***7910 | **Blanket Bond:** $40,160,000.00  (per case limit) |
| **Period Ending:** 01/12/17 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/26/12 | {5} | Custom Glass & Doors, Inc. | Settlement of Preference Claim vs. Custom Glass & Doors, Inc. in Adv. Proc. #12-05166 per OE 10/18/12 (Doc. 59) | 1241-000 | 4,000.00 | | 58,128.96 |
| 11/30/12 | {7} | Value Lighting, Inc | Settlement of Preference Claim vs. Value Lighting, Inc. in Adv. Proc. #12-05169 (1st of 6 X $5500) ($500 short)  per OE 10/18/12 (Doc. 59) | 1241-000 | 5,000.00 | | 63,128.96 |
| 11/30/12 | {6} | Boling Rice LLC IOLTA | Settlement of Preference Claim vs. Intile Painting Contractors, Inc. in Adv. Proc. #12-05167 (3rd of 4 installments) per OE 10/18/12 (Doc. 59) | 1241-000 | 2,625.00 | | 65,753.96 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 101.56 | 65,652.40 |
| 12/10/12 | {7} | Whirlpool Corporation | Settlement of Preference Claim vs. Whirlpool Corporation in Adv. Proc. #12-05169 per OE 10/18/12 (Doc. 59) | 1241-000 | 35,000.00 | | 100,652.40 |
| 12/10/12 | {7} | Value Lighting, Inc | Settlement of Preference Claim vs. Value Lighting, Inc. in Adv. Proc. #12-05169 (catchup) per OE 10/18/12 (Doc. 59) | 1241-000 | 1,000.00 | | 101,652.40 |
| 12/26/12 | {7} | Value Lighting, Inc | Settlement of Preference Claim vs. Value Lighting, Inc. in Adv. Proc. #12-05169 (3rd of 6 X $5500) ($500 short) per OE 10/18/12 (Doc. 59) | 1241-000 | 5,000.00 | | 106,652.40 |
| 12/26/12 | {6} | Boling Rice LLC IOLTA | Settlement of Preference Claim vs. Intile Painting Contractors, Inc. in Adv. Proc. #12-05167 (4th of 4 installments) per OE 10/18/12 (Doc. 59) | 1241-000 | 2,625.00 | | 109,277.40 |
| 12/26/12 | {2} | United States Treasury | Photocopy Refund Re: 06-1677910 | 1229-000 | 456.00 | | 109,733.40 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 170.87 | 109,562.53 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001030013088 20130103 | 9999-000 | | 109,562.53 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | **110,282.16** | **110,282.16** | **$0.00** |
| Less: Bank Transfers | 0.00 | 109,562.53 | |
| **Subtotal** | **110,282.16** | **719.63** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$110,282.16** | **$719.63** | |

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 10-67422-PWB

**Case Name:** APEY QUALITY CONSTRUCTION, LLC

**Taxpayer ID #:** **-***7910

**Period Ending:** 01/12/17

**Trustee:** C. BROOKS THURMOND III (300130)

**Bank Name:** Rabobank, N.A.

**Account:** ******3665 - Checking Account

**Blanket Bond:** $40,160,000.00  (per case limit)

**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 109,562.53 | | 109,562.53 |
| 01/07/13 | {6} | Marietta Drapery & Window Coverings, Co., Inc. | Settlement of Preference Claim vs. Marietta Drapery & Window Coverings in Adv. Proc. #12-05167 (5th of 6) per OE 10/18/12 (Doc. 59) | 1241-000 | 1,854.33 | | 111,416.86 |
| 01/28/13 | {6} | Marietta Drapery & Window Coverings, Co., Inc. | Settlement of Preference Claim vs. Marietta Drapery & Window Coverings in Adv. Proc. #12-05167 (6th of 6) per OE 10/18/12 (Doc. 59) | 1241-000 | 1,854.33 | | 113,271.19 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 170.11 | 113,101.08 |
| 02/12/13 | {7} | Value Lighting, Inc | Settlement of Preference Claim vs. Value Lighting, Inc. in Adv. Proc. #12-05169 (4th of 6 X $5500) ($500 short) per OE 10/18/12 (Doc. 59) | 1241-000 | 5,000.00 | | 118,101.08 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 155.18 | 117,945.90 |
| 03/11/13 | {7} | Value Lighting, Inc | Settlement of Preference Claim vs. Value Lighting, Inc. in Adv. Proc. #12-05169 (5th of 6 X $5500) ($500 short) per OE 10/18/12 (Doc. 59) | 1241-000 | 5,000.00 | | 122,945.90 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 167.82 | 122,778.08 |
| 04/15/13 | 11001 | Paul A. Jones & Company | Trustee's Accountant's Interim Fees and Expenses per OE 4/5/2013 | | | 50,957.71 | 71,820.37 |
| | | | Trustee's Accountant's Interim Fees                50,476.00 | 3410-000 | | | 71,820.37 |
| | | | Trustee's Accountant's Interim Expenses                481.71 | 3420-000 | | | 71,820.37 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 156.60 | 71,663.77 |
| 05/14/13 | {7} | Value Lighting, Inc | Settlement of Preference Claim vs. Value Lighting, Inc. in Adv. Proc. #12-05169 (Final payment) per OE 10/18/12 (Doc. 59) | 1241-000 | 7,000.00 | | 78,663.77 |
| 05/16/13 | {8} | Ragsdale, Beals, Seigler, Patterson & Gray, LLP, Trust Acct | Proceeds of settlement of Adversary Proceeding # 12-05172, Trustee vs. Vista Realty Partners, LLC, et al. pursuant to OE 4/5/13 (Doc. 79 ) | 1241-000 | 300,000.00 | | 378,663.77 |
| 05/21/13 | 11002 | Ragsdale, Beals, Seigler, Patterson & Gray | Compensation and Expenses for Trustee's Special Counsel per OE 5/21/13 | | | 80,384.35 | 298,279.42 |
| | | | Trustee's Special Counsel Fees                75,489.00 | 3210-000 | | | 298,279.42 |

|  | Subtotals : | $430,271.19 | $131,991.77 |
|---|---|---|---|

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 10-67422-PWB | | | **Trustee:** | C. BROOKS THURMOND III (300130) | |
| **Case Name:** | APEY QUALITY CONSTRUCTION, LLC | | | **Bank Name:** | Rabobank, N.A. | |
| | | | | **Account:** | ******3665 - Checking Account | |
| **Taxpayer ID #:** | **-***7910 | | | **Blanket Bond:** | $40,160,000.00 (per case limit) | |
| **Period Ending:** | 01/12/17 | | | **Separate Bond:** | N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Trustee's Special                4,895.35<br>Counsel Expenses | 3220-000 | | | 298,279.42 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 262.05 | 298,017.37 |
| 06/05/13 | {4} | Kone, Inc. | Settlement of pre and post petition voidable<br>transfer claims in Adversary Proceeding #<br>12-5165 per OE 7/9/13 (Doc. 91) | 1241-000 | 50,000.00 | | 348,017.37 |
| 06/27/13 | {5} | Builders Insurance Group | Settlement of Preference Claim vs. Builders<br>Insurance Group in Adv. Proc. #12-05166 per<br>OE 7/9/13 (91) | 1241-000 | 10,500.00 | | 358,517.37 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 450.41 | 358,066.96 |
| 07/18/13 | {6} | Graydon W. Florence | Settlement of Preference Claim vs. Graydon<br>W. Florence  in Adv. Proc. #12-05167 per OE<br>7/9/13 (Doc. 91) | 1241-000 | 4,500.00 | | 362,566.96 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 566.95 | 362,000.01 |
| 08/23/13 | {6} | Franklin D. Fowler | First of three installments to settle voidable<br>transfer claim against Fowler Cabinet<br>Company, Inc. in Adversary Proceeding #<br>12-5167 per OE 7/9/13 (Doc. 91) | 1241-000 | 2,833.33 | | 364,833.34 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 521.22 | 364,312.12 |
| 09/13/13 | {6} | Franklin D. Fowler | Last two of three installments to settle voidable<br>transfer claim against Fowler Cabinet<br>Company, Inc. in Adversary Proceeding #<br>12-5167 per OE 7/9/13 (Doc. 91) | 1241-000 | 5,666.66 | | 369,978.78 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 509.53 | 369,469.25 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 584.61 | 368,884.64 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 495.21 | 368,389.43 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 582.88 | 367,806.55 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 546.66 | 367,259.89 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 493.03 | 366,766.86 |
| 03/31/14 | {5} | Ragsdale, Beals, Seigler, Patterson<br>& Gray, LLP | Payment in full of default judgment against<br>Dollar Concrete Construction Company  in<br>Adversary Proceeding # 12-5166 per OE<br>8/25/13 (Doc. 98) | 1241-000 | 42,151.04 | | 408,917.90 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 509.95 | 408,407.95 |
| 04/03/14 | {6} | Intersouth Plumbing Services, Inc. | Payment of Settlement in Adversary<br>Proceeding # 12-5167 per OE 3/5/14 (Doc.<br>103) | 1241-000 | 13,050.00 | | 421,457.95 |
| 04/03/14 | {6} | Intersouth Plumbing Services, Inc. | Payment of Settlement in Adversary<br>Proceeding # 12-5167 per OE 3/5/14 (Doc. | 1241-000 | 450.00 | | 421,907.95 |

| | | | | Subtotals : | $129,151.03 | $5,522.50 | |

{} Asset reference(s)                                                                                        Printed: 01/12/2017 04:32 PM   V.13.28

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 10-67422-PWB | **Trustee:** C. BROOKS THURMOND III (300130) |
| **Case Name:** APEY QUALITY CONSTRUCTION, LLC | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******3665 - Checking Account |
| **Taxpayer ID #:** **-***7910 | **Blanket Bond:** $40,160,000.00  (per case limit) |
| **Period Ending:** 01/12/17 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 103) | | | | |
| 04/08/14 | {4} | Sunbelt Pools of Georgia, LLC | Payment of Settlement in Adversary Proceeding # 12-5165 per OE 3/5/14 (Doc. 103) | 1241-000 | 36,000.00 | | 457,907.95 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 668.18 | 457,239.77 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 657.67 | 456,582.10 |
| 06/09/14 | {7} | Waste Management | Payment of Judgment in Adversary Proceeding # 12-5169 per OE 3/4/13 (Doc. 89) | 1241-000 | 6,551.51 | | 463,133.61 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 639.86 | 462,493.75 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 731.81 | 461,761.94 |
| 08/20/14 | {7} | Triad Mechanical Co., Inc. | Payment of Settlement in Adversary Proceeding # 12-5169 per OE 8/1/14 | 1241-000 | 9,500.00 | | 471,261.94 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 645.22 | 470,616.72 |
| 09/03/14 | {5} | Ceramco Services, Inc. | Payment of Settlement in Adversary Proceeding # 12-5166 per OE 8/1/14 | 1241-000 | 3,200.00 | | 473,816.72 |
| 09/09/14 | {6} | Greystone Power Corporation | Payment of Settlement in Adversary Proceeding # 12-5167 per OE 8/1/14 | 1241-000 | 8,081.69 | | 481,898.41 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 733.78 | 481,164.63 |
| 10/01/14 | | Ragsdale, Beals, Seigler, Patterson & Gray, LLP | Payment of Settlement and Garnishments in Adversary Proceedings # 12-5166, 12-5167 and 12-5169 (check # 7314) | | 50,364.21 | | 531,528.84 |
| | {6} | | Henry Graphics          6,000.00 | 1241-000 | | | 531,528.84 |
| | {6} | | Mac Trim          10,977.38 | 1241-000 | | | 531,528.84 |
| | {5} | | Benchmark Design          13,241.83 | 1241-000 | | | 531,528.84 |
| | {7} | | Sterling Mechanical          6,429.75 | 1241-000 | | | 531,528.84 |
| | {5} | | C&S Squared          3,795.53 | 1241-000 | | | 531,528.84 |
| | {5} | | D G Fowler Electrical          9,919.72 | 1241-000 | | | 531,528.84 |
| 10/08/14 | | Ragsdale, Beals, Seigler, Patterson & Gray, LLP | Payment of Settlement  and Garnishments in Adversary Proceedings # 12-5166, 12-5167 and 12-5169 (check # 7350) | | 50,364.21 | | 581,893.05 |
| | {6} | | Henry Graphics          6,000.00 | 1241-000 | | | 581,893.05 |
| | {6} | | Mac Trim          10,977.38 | 1241-000 | | | 581,893.05 |
| | {5} | | Benchmark Design          13,241.83 | 1241-000 | | | 581,893.05 |
| | {7} | | Sterling Mechanical          6,429.75 | 1241-000 | | | 581,893.05 |
| | {5} | | C&S Squared          3,795.53 | 1241-000 | | | 581,893.05 |
| | {5} | | D G Fowler Electrical          9,919.72 | 1241-000 | | | 581,893.05 |
| 10/08/14 | | Ragsdale, Beals, Seigler, Patterson & Gray | Deposit 100019 was reversed to due to stop payment on check 7314 | | -50,364.21 | | 531,528.84 |

Subtotals :          $113,697.41          $4,076.52

{} Asset reference(s)          Printed: 01/12/2017 04:32 PM   V.13.28

Exhibit 9

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 10-67422-PWB | |
| **Case Name:** APEY QUALITY CONSTRUCTION, LLC | |
| **Taxpayer ID #:** **-***7910 | |
| **Period Ending:** 01/12/17 | |

| | |
|---|---|
| **Trustee:** C. BROOKS THURMOND III (300130) | |
| **Bank Name:** Rabobank, N.A. | |
| **Account:** ******3665 - Checking Account | |
| **Blanket Bond:** $40,160,000.00 (per case limit) | |
| **Separate Bond:** N/A | |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | {6} | | -6,000.00 | 1241-000 | | | 531,528.84 |
| | {6} | | -10,977.38 | 1241-000 | | | 531,528.84 |
| | {5} | | -13,241.83 | 1241-000 | | | 531,528.84 |
| | {7} | | -6,429.75 | 1241-000 | | | 531,528.84 |
| | {5} | | -3,795.53 | 1241-000 | | | 531,528.84 |
| | {5} | | -9,919.72 | 1241-000 | | | 531,528.84 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 770.69 | 530,758.15 |
| 11/06/14 | 11003 | Ragsdale, Beals, Seigler, Patterson & Gray | Payment of balance of First Interim Special Counsel Fees per OE 10/23/14 | 3210-000 | | 24,000.00 | 506,758.15 |
| 11/06/14 | 11004 | Paul A. Jones & Company | Payment of Second Interim Accountants Fees per OE 10/23/14 | 3410-000 | | 11,187.50 | 495,570.65 |
| 11/06/14 | 11005 | Paul A. Jones & Company | Payment of Second Interim Accountants Expenses per OE 10/23/14 | 3420-000 | | 88.34 | 495,482.31 |
| 11/06/14 | 11006 | Ragsdale, Beals, Seigler, Patterson & Gray | Payment of Second Interim Special Counsel Fees per OE 10/23/14 | 3210-600 | | 40,828.00 | 454,654.31 |
| 11/06/14 | 11007 | Ragsdale, Beals, Seigler, Patterson & Gray | Payment of Second Interim Special Counsel Expenses per OE 10/23/14 | 3220-610 | | 3,548.49 | 451,105.82 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 630.87 | 450,474.95 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 734.36 | 449,740.59 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 646.88 | 449,093.71 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 602.89 | 448,490.82 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 688.09 | 447,802.73 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 644.09 | 447,158.64 |
| 05/11/15 | {6} | Moore Ingram Johnson & Steele, LLP | Payment of Settlement of voidable transfer claim against Evolution Metering Solutions, Inc. in Adversary # 12-5167, approved per OE 5/7/15 | 1241-000 | 11,500.00 | | 458,658.64 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 630.55 | 458,028.09 |
| 06/03/15 | | Ragsdale, Beals, Seigler, Patterson & Gray, LLP | Payment of Settlement and Garnishments in Adversary Proceedings # 12-5165, 12-5167 and 12-5169 | | 18,644.11 | | 476,672.20 |
| | {4} | | Donald Dunn garnishment | 2,165.71 | 1241-000 | | 476,672.20 |
| | {7} | | Pitukinas garnishment | 14,128.40 | 1241-000 | | 476,672.20 |
| | {6} | | Henry Graphics, partial payment | 2,350.00 | 1241-000 | | 476,672.20 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 725.07 | 475,947.13 |
| 07/06/15 | {5} | Cornerstone Security, Inc.dba | Settlement of voidable transfer claim against | 1241-000 | 32,000.00 | | 507,947.13 |

| | | |
|---|---|---|
| Subtotals : | $62,144.11 | $85,725.82 |

{} Asset reference(s)

Printed: 01/12/2017 04:32 PM    V.13.28

Exhibit 9

# Form 2

Page: 8

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** 10-67422-PWB | **Trustee:** | C. BROOKS THURMOND III (300130) |
| **Case Name:** APEY QUALITY CONSTRUCTION, LLC | **Bank Name:** | Rabobank, N.A. |
| | **Account:** | ******3665 - Checking Account |
| **Taxpayer ID #:** **-***7910 | **Blanket Bond:** | $40,160,000.00  (per case limit) |
| **Period Ending:** 01/12/17 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Cornerstone Control System | Cornerstone Security, Inc. in Adversary #<br>12-5166, approved per OE 5/7/15 | | | | |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 744.22 | 507,202.91 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 705.21 | 506,497.70 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 777.15 | 505,720.55 |
| 10/17/15 | {7} | Ram Flooring, Inc. | Part payment of Settlement in Adversary<br>Proceeding # 12-5169 | 1241-000 | 5,324.62 | | 511,045.17 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 729.95 | 510,315.22 |
| 11/16/15 | {7} | Ram Flooring, Inc. | Part payment of Settlement in Adversary<br>Proceeding # 12-5169 | 1241-000 | 5,324.62 | | 515,639.84 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 711.84 | 514,928.00 |
| 12/16/15 | {7} | Ram Flooring, Inc. | Part payment of Settlement in Adversary<br>Proceeding # 12-5169 | 1241-000 | 5,324.62 | | 520,252.62 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 818.10 | 519,434.52 |
| 01/07/16 | | Ragsdale, Beals, Seigler, Patterson<br>& Gray, LLP | Payment of Settlement  and Garnishments in<br>Adversary Proceedings #  12-5167 and<br>12-5169 | | 9,000.00 | | 528,434.52 |
| | {7} | | Payment on Settlement          5,000.00<br>with Ram Flooring | 1241-000 | | | 528,434.52 |
| | {6} | | Payment on Settlement          4,000.00<br>with Henry Graphics | 1241-000 | | | 528,434.52 |
| 01/19/16 | {7} | Ram Flooring, Inc. | Final payment of Settlement in Adversary<br>Proceeding # 12-5169 | 1241-000 | 5,324.62 | | 533,759.14 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 730.35 | 533,028.79 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 739.10 | 532,289.69 |
| 03/16/16 | {7} | Jerome Adams, Attorney at Law | Final payment of Settlement with MidSouth<br>Steel, Inc. in Adversary Proceeding # 12-5169 | 1241-000 | 29,000.00 | | 561,289.69 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 858.01 | 560,431.68 |
| 04/22/16 | {6} | Ragsdale, Beals, Seigler, Patterson<br>& Gray, LLP | Payment of  Henry Graphics Garnishment in<br>Adversary Proceeding #  12-5167 | 1241-000 | 2,564.53 | | 562,996.21 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 777.46 | 562,218.75 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 779.57 | 561,439.18 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 885.98 | 560,553.20 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 777.26 | 559,775.94 |
| 11/07/16 | 11008 | C. BROOKS THURMOND III | Dividend paid 100.00% on $43,142.32,<br>Trustee Compensation;  Reference: | 2100-000 | | 43,142.32 | 516,633.62 |
| 11/07/16 | 11009 | C. BROOKS THURMOND III | Dividend paid 100.00% on $3,989.76, Trustee<br>Expenses;  Reference: | 2200-000 | | 3,989.76 | 512,643.86 |

Subtotals :  $61,863.01  $57,166.28

{} Asset reference(s)

Printed: 01/12/2017 04:32 PM    V.13.28

Exhibit 9

## Form 2

Page: 9

### Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 10-67422-PWB |
| **Case Name:** | APEY QUALITY CONSTRUCTION, LLC |
| **Taxpayer ID #:** | **-***7910 |
| **Period Ending:** | 01/12/17 |

| | |
|---|---|
| **Trustee:** | C. BROOKS THURMOND III (300130) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******3665 - Checking Account |
| **Blanket Bond:** | $40,160,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/07/16 | 11010 | C. BROOKS THURMOND III | Dividend paid 100.00% on $3,676.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 3,676.00 | 508,967.86 |
| 11/07/16 | 11011 | C. BROOKS THURMOND III | Dividend paid 100.00% on $114.54, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 114.54 | 508,853.32 |
| 11/07/16 | 11012 | Ragsdale, Beals, Seigler, Patterson & Gray | Dividend paid 100.00% on $42,243.50, Special Counsel for Trustee Fees;  Reference: | 3210-600 | | 42,243.50 | 466,609.82 |
| 11/07/16 | 11013 | Ragsdale, Beals, Seigler, Patterson & Gray | Dividend paid 100.00% on $1,525.29, Special Counsel for Trustee Expenses;  Reference: | 3220-610 | | 1,525.29 | 465,084.53 |
| 11/07/16 | 11014 | Paul A. Jones & Company | Dividend paid 100.00% on $6,811.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 6,811.00 | 458,273.53 |
| 11/07/16 | 11015 | Paul A. Jones & Company | Dividend paid 100.00% on $229.63, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 229.63 | 458,043.90 |
| 11/07/16 | 11016 | Clerk, U. S. Bankruptcy Court | Dividend paid 100.00% on $1,465.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 1,465.00 | 456,578.90 |
| 11/07/16 | 11017 | Georgia Dept. of Revenue | Dividend paid  58.79% on $776,591.55; Claim# 31P-2; Filed: $776,591.55; Reference: Stopped on 12/12/16 | 5800-000 | | 456,578.90 | 0.00 |
| 12/12/16 | 11017 | Georgia Dept. of Revenue | Dividend paid  58.79% on $776,591.55; Claim# 31P-2; Filed: $776,591.55; Reference: Stopped: check issued on 11/07/16 | 5800-000 | | -456,578.90 | 456,578.90 |
| 12/13/16 | 11018 | Georgia Dept. of Revenue | Dividend paid 58.79% on $776,591.55, Claim # 31P-2 | 5800-000 | | 456,578.90 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | **ACCOUNT TOTALS** | 797,126.75 | 797,126.75 | **$0.00** |
| | Less: Bank Transfers | 109,562.53 | 0.00 | |
| | **Subtotal** | **687,564.22** | **797,126.75** | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$687,564.22** | **$797,126.75** | |

Exhibit 9

# Form 2

Page: 10

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 10-67422-PWB |
| Case Name: | APEY QUALITY CONSTRUCTION, LLC |
| Taxpayer ID #: | **-***7910 |
| Period Ending: | 01/12/17 |

| | |
|---|---|
| Trustee: | C. BROOKS THURMOND III (300130) |
| Bank Name: | Rabobank, N.A. |
| Account: | ******3665 - Checking Account |
| Blanket Bond: | $40,160,000.00   (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****-******74-65 | 110,282.16 | 719.63 | 0.00 |
| Checking # ******3665 | 687,564.22 | 797,126.75 | 0.00 |
| | $797,846.38 | $797,846.38 | $0.00 |